AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
### for the
District of Connecticut

| | | |
|---|---|---|
| Fresh Funding Solutions, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:23-cv-00726-JAM |
| Vortex Line, LLC et al | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*      10/11/2023      .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:  *11/21/2023*

CLERK OF COURT

_____

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

I Hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Connecticut.
Date Filed: October 11, 2023
Dinah Milton Kinney, Clerk
By
Deputy Clerk

FRESH FUNDING SOLUTIONS, INC.

v.                                                          3:23CV726 (JAM)

VORTEX LINE, LLC d/b/a VORTEX LINE
DUSKO IVOVIC

## DEFAULT JUDGMENT

This action came on for consideration before the Honorable Jeffrey A. Meyer, United States District Judge, as a result of plaintiff's Motion for Default Judgment pursuant to FRCvP 55(b) of the Federal Rules of Civil Procedure.

The Court has reviewed all of the papers filed in conjunction with the Motion. On July 14, 2023, a default under Rule 55(a) FRCvP entered against defendants Vortex Line, LLC d/b/a Vortex Line and Dusko Ivovic.   On October 10, 2023, the court entered an Order granting plaintiff's Motion for Default Judgment, entering judgment in favor of plaintiff Fresh Funding Solutions, Inc., and against defendants, Vortex Line, LLC d/b/a Vortex Line and Dusko Ivovic, in the amount of $215,091, and $11,025 in attorney's fees, for a total amount of $226,116.

Therefore, it is ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of the plaintiff and against defendants, in the total amount of $226,116, in accordance with the court's Order (Doc. #27), and the case is closed.

Dated at New Haven, Connecticut, this 11th day of October 2023.

Dinah Milton Kinney, Clerk,

By /s/ Diahann Lewis
Deputy Clerk

ENTERED ON DOCKET: October 11, 2023